# United States Court of Appeals
## For the First Circuit

No. 07-2631

UNITED STATES,

Petitioner, Appellant,

v.

TEXTRON INC. AND SUBSIDIARIES,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on January 21, 2009 is amended as follows:

On p. 10, line 3 of footnote 2: Replace "n.9" with "n.10".